Certificate Number: 05781-VAE-DE-041513170

Bankruptcy Case Number: 26-11723

05781-VAE-DE-041513170

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 2, 2026, at 5:38 o'clock AM PDT, Benyahia Hamadouche completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: October 2, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President